**FILED**

FEB - 1 2007

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| Michael HILL, | Case Number C 94 641 CW |
| Petitioner, | <u>DEATH-PENALTY CASE</u> |
| v. | ORDER LIFTING STAY |
| Robert L. AYERS Jr., Acting Warden of San Quentin State Prison, | |
| Respondent. | [] |

The above-captioned Federal capital habeas action has been stayed pending exhaustion proceedings in State court. Petitioner has notified this Court that the State-court proceedings have been completed.

Accordingly, and good cause appearing therefor:

(1) The stay of the present action is hereby lifted.

(2) The parties shall meet and confer and shall file a joint case-management statement, including a proposed schedule or schedules, within thirty days after receipt of the present Order Lifting Stay; if the parties are unable to stipulate to a joint proposed schedule, each party shall explain in no more than five pages why the Court should adopt his proposed schedule.

(3) Petitioner shall contact CJA Supervising Attorney Jeane DeKelver forthwith to discuss

preparation of a proposed budget for the current phase of the present action; such proposed budget shall be submitted to the Court within thirty days after receipt of the present Order Lifting Stay.

(4) Pursuant to General Order 45, the present action is hereby designated for Electronic Case Filing.

(5) A copy of all documents submitted to the Court shall be provided to G$^{eo}$ O. Kolombatovich, Death Penalty Staff Attorney, United States District Court for the Northern District of California, g_o_kolombatovich@cand.uscourts.gov, 450 Golden Gate Avenue, Box 36060, San Francisco, CA 94102-3489, +1 415 522 2718, +1 415 522 4754 (fax).

*It is so ordered.*

DATED: FEB - 1 2007

CLAUDIA WILKEN
United States District Judge

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

HILL,

        Plaintiff,

v.

GOUGHNOUR, ET AL et al,

        Defendant.

Case Number: CV94-00641 CW

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on February 1, 2007, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

California Appellate Project
California Appellate Project
Federal Court Docketing
101 Second Street
Suite 600
San Francisco, CA 94105

Habeas Corpus Resource Center
Habeas Corpus Resource Center
50 Fremont Street, Suite 1800
San Francisco, CA 94105

Dane R. Gillette
CA State Attorney General's Office
455 Golden Gate Ave
Suite 11000
San Francisco, CA 94102-7004

John T. Philipsborn
507 Polk Street, Suite 350
San Francisco, CA 94102

Lynne S. Coffin
Law Offices of Lynne S. Coffin
38 Miller Ave., #328

Mill Valley, CA 94941

Geo. O. Kolombatovich
Death Penalty Staff Attorney
U.S. District Court
450 Golden Gate Avenue
Box 36060
San Francisco, CA 94102

Dated: February 1, 2007

                                  Richard W. Wieking, Clerk
                                  By: Sheilah Cahill, Deputy Clerk