| | |
|---|---|
| 1 | |
| 2 | |
| ... | |

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL HILL, | **CAPITAL CASE** |
| Petitioner, | **CASE NO. C-94-0641 CW** |
| v. | ~~[PROPOSED]~~ **ORDER SETTING BRIEFING SCHEDULE AND HEARING DATE TO ADDRESS PETITIONER'S MOTION FOR A STAY OF PROCEEDINGS PENDING DETERMINATION OF PETITIONER'S MEDICAL AND PSYCHIATRIC CONDITION** |
| ROBERT L. AYERS, in his capacity as Warden of San Quentin Prison, | |
| Respondent. | |
| | **Dept.: Hon. Claudia Wilken, District Court Judge [Oakland]** |

The Court accepts the stipulation of the parties, and IT IS HEREBY ORDERED that Respondent shall file a Response to Petitioner's Motion for Stay of Proceedings Pending Determination of Petitioner's Medical and Psychiatric Condition no later than midnight, February 11, 2008. Petitioner shall file a Reply to the Response no later than midnight on March 3, 2008. The Court will hear Petitioner's Motion for Stay of Proceedings on its regular Civil Law and Motion calendar on Thursday, March 13, 2008. In view of Petitioner's Motion for Stay of Proceedings, the due date of his Traverse to

Respondent's Reply to the Petition for Writ of Habeas Corpus is extended until Thursday, March 13, 2008, at which time the Court will set a new date for that Reply depending on the outcome of Petitioner's motion.

1/16/08

_____
THE HONORABLE CLAUDIA WILKEN
District Court Judge