IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL HILL, | **CAPITAL CASE** |
| Petitioner, | **CASE NO. C-94-0641 CW** |
| v. | ~~[PROPOSED]~~ **ORDER FOR THE PRODUCTION OF PETITIONER'S CALIFORNIA DEPARTMENT OF CORRECTIONS CENTRAL FILE, INCLUDING ALL MEDICAL, PSYCHIATRIC, AND PSYCHOLOGICAL RECORDS** |
| ROBERT L. AYERS, in his capacity as Warden of San Quentin Prison, | |
| Respondent. | **Dept.: Hon. Claudia Wilken, District Court Judge [Oakland]** |

Pursuant to the stipulation of the parties, IT IS ORDERED that the California Department of Corrections shall, pursuant to the relevant provisions of California law, deposit with this Court the original, or a complete copy, of Petitioner Michael Hill's California Department of Corrections Central File. Petitioner Michael Hill's inmate number is D-76000. The Court shall order the file, or copy of the file, to be copied by counsel for the parties in this case. IT IS FURTHER ORDERED that counsel for the parties in this case shall maintain any copy of Petitioner's Central File, including any files concerning Petitioner's medical, psychiatric, or psychological condition, under their care

1   and control. No part or copy of the file obtained pursuant to this Order shall be circulated,
2   published, or disseminated for any reason other than the litigation of this case. Counsel are
3   permitted, by this Order, to use the file to prepare for any future litigation. If counsel file
4   any portion of Petitioner Michael Hill's California Department of Corrections Central File
    Pursuant to L.R. 79-5
5   or copies thereof in the record of these proceedings, the original filing shall be/under seal
6   to allow the Court to review any stated reasons either to maintain the filing under seal, or
7   for allowing it in the Court's public and electronic file. Counsel for Petitioner is directed to
8   serve this Order on the custodian of records within 7 days.

SO ORDERED,

1/16/08

*/s/ Claudia Wilken*

_____
THE HONORABLE CLAUDIA WILKEN
District Court Judge

[Proposed] Order for the Production of Petitioner's California Department of Corrections Central File, Including All Medical, Psychiatric, and Psychological Records

2