UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| Michael HILL, | Case Number 4-94-cv-641-CW |
|---|---|
| Petitioner, | <u>DEATH-PENALTY CASE</u> |
| v. | ORDER FOR THE PRODUCTION OF CALIFORNIA DEPARTMENT OF CORRECTIONS INMATE MEDICAL, PSYCHOLOGICAL, AND PSYCHIATRIC FILES INCLUDING NURSES' NOTES AND PROTECTIVE ORDER |
| Robert L. AYERS Jr., Warden of San Quentin State Prison, | |
| Respondent. | |

Based on the stipulation of the parties, and good cause appearing therefor, the California Department of Corrections and Rehabilitation shall produce all medical, psychiatric, and psychological records of inmate Michael Hill, CDC No. C-76000, which have been written, produced, or generated since February 1, 2008.  This order specifically covers any reports, forms, or documents containing a diagnosis, or diagnostic impressions of Petitioner Hill's medical, psychological, or psychiatric condition.  The records to be produced shall include all nurses' notes, and other writings kept in the normal course of business

1  by the California Department of Corrections in its medical,
2  psychological and psychiatric records.  The records shall be
3  conveyed to the Office of the Attorney General where they shall
4  be copied and produced to counsel for Petitioner within seven
5  days of the Attorney General's receipt of them.  Counsel shall
6  only use these records in the course of the litigation of the
7  habeas corpus issues involving Petitioner.
8       It is so ordered.

12  DATED:  May 9, 2008          
13                               CLAUDIA WILKEN
                                 United States District Judge