UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| Michael HILL, | Case Number 4-94-cv-641-CW |
|---|---|
| Petitioner, | <u>DEATH-PENALTY CASE</u> |
| v. | ORDER DIRECTING FILING OF STATUS REPORT |
| Robert L. AYERS Jr., Warden of San Quentin State Prison, | |
| Respondent. | |

In light of the fact that it has been more than six months since the last filing in the present action, and good cause appearing therefor, the parties shall file a joint report regarding the status of the determination of Petitioner's competence within thirty days after the date the present order is filed and every six months thereafter until otherwise ordered.

It is so ordered.

DATED: December 15, 2008

*Claudia Wilken*
_____
CLAUDIA WILKEN
United States District Judge