IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

MICHAEL HILL,

        Petitioner,

  v.

ROBERT AYERS, Warden of California State Prison at San Quentin

        Respondent.
_____/

No. C 94-0641 CW

ORDER FOR STATUS REPORTS IN CAPITAL CASE

    Petitioner Michael Hill is a California prisoner sentenced to death. On December 15, 2008, this Court ordered that the parties file a joint report regarding the status of the determination of Petitioner's competence with the Court within thirty days of the date of the order and every six months thereafter. On January 3, 2009, the parties filed a joint status report. No other status reports have been filed since then.

    The Court orders the parties to file a joint status report within thirty days from the date of this order and every six months thereafter until otherwise ordered.

    IT IS SO ORDERED.

7/20/09

Dated _____

_____
CLAUDIA WILKEN
United States District Judge