UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| Michael HILL,<br><br>    Petitioner,<br><br>                    v.<br><br>Robert K. WONG, Acting Warden of San Quentin State Prison,<br><br>    Respondent. | Case Number 4-94-cv-641-CW<br><br><u>DEATH-PENALTY CASE</u><br><br>ORDER SCHEDULING FILING OF MOTION FOR COMPETENCY EXAMINATION |

    Good cause appearing therefor, counsel for Petitioner and counsel for Respondent shall meet and confer within seven days after the filing of the present order[1] to try to agree to a structure for a competency examination of Petitioner.  If counsel reach an agreement, they shall file a joint statement outlining the agreement within fourteen days after the filing of the

---

[1] Amendments to the Federal Rules of Civil Procedure on the computation of time took effect on December 1, 2009.  Pursuant to the revised rules, the computation of time periods for purposes of the present order must <u>include</u> intermediate Saturdays and Sundays, as well as Christmas Day, New Year's Day, and Martin Luther King Jr.'s Birthday.  <u>See</u> Fed. R. Civ. P. 6(a).

1 | present order.  If counsel are unable to reach an agreement,
2 | Petitioner shall file a motion and proposed order for his
3 | preferred structure for the competency examination within
4 | fourteen days after the filing of the present order; Respondent
5 | shall file any response within seven days after the filing of
6 | Petitioner's motion; Petitioner shall file any reply within seven
7 | days after the filing of Respondent's brief; the Court will rule
8 | on the motion without oral argument unless otherwise ordered.
9 |     It is so ordered.

DATED: December 21, 2009

_____
CLAUDIA WILKEN
United States District Judge