IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL HILL,<br><br>       Petitioner,<br><br>   v.<br><br>VINCENT CULLEN Jr., Acting Warden of San Quentin Prison,<br><br>       Respondent.<br>_____/ | No. 94-00641 CW<br><br>ORDER FOR BRIEFING REGARDING PETITIONER'S COMPETENCE |

    Petitioner has requested briefing on his competence and Dr. Good's report.  Petitioner must file a brief setting out his position on these issues within fourteen days from the date of this order.  Respondent's opposition is due seven days thereafter and Petitioner's reply is due in the next seven days.

    IT IS SO ORDERED.

Dated: 12/1/2010

                                                CLAUDIA WILKEN<br>                                                United States District Judge