UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| Michael HILL,<br><br>    Petitioner,<br><br>                v.<br><br>Michael MARTEL, Acting Warden of San Quentin State Prison,<br><br>    Respondent. | Case Number 4-94-cv-641-CW<br><br><u>DEATH-PENALTY CASE</u><br><br>ORDER DIRECTING FILING OF STATUS REPORT BY PETITIONER |

    In its Order Regarding Competency Evaluations, dated April 21, 2011, the Court directed that, if Petitioner elected to have Dr. Karen Franklin examine Petitioner, such examination was to take place within thirty days after Petitioner's counsel became available to accompany Dr. Franklin to the examination. (Doc. No. 312 at 8.) The Court further directed Petitioner to file Dr. Franklin's evaluation and any additional evidence regarding Petitioner's competency within thirty days after Dr. Franklin's examination. (*Id.*)

    On June 13, 2011, Petitioner notified the Court of his counsel's "likely" unavailability "at least through July." (Doc.

No. 315 at 2.) Nothing further has been filed in the present action.

Good cause appearing therefor, within fourteen days of the entry of the present order, Petitioner shall file a status report to inform the Court of the status of his counsel's availability, Dr. Franklin's examination of Petitioner, and any other pertinent information.

IT IS SO ORDERED.

DATED:  9/13/2011

CLAUDIA WILKEN
United States District Judge