1

2

3

4

5

6

7

8                    UNITED STATES DISTRICT COURT

9           FOR THE NORTHERN DISTRICT OF CALIFORNIA

10                        OAKLAND DIVISION

11

12  Michael HILL,                        | Case Number 4-94-cv-641-CW

13       Petitioner,                     | DEATH-PENALTY CASE

14                         v.            | ORDER DIRECTING FILING OF
                                         | STATUS REPORT BY PETITIONER
15  Michael MARTEL, Acting Warden of
    San Quentin State Prison,

16
         Respondent.

17

18       In its Order Regarding Competency Evaluations, dated April

19  21, 2011, the Court directed that, if Petitioner elected to have

20  Dr. Karen Franklin examine Petitioner, such examination was to

21  take place within thirty days after Petitioner's counsel became

22  available to accompany Dr. Franklin to the examination.  (Doc.

23  No. 312 at 8.)  The Court further directed Petitioner to file Dr.

24  Franklin's evaluation and any additional evidence regarding

25  Petitioner's competency within thirty days after Dr. Franklin's

26  examination.  (*Id.*)

27       On June 13, 2011, Petitioner notified the Court of his

28  counsel's "likely" unavailability "at least through July."  (Doc.

1  No. 315 at 2.)   Nothing further has been filed in the present

2  action.

3      Good cause appearing therefor, within fourteen days of the

4  entry of the present order, Petitioner shall file a status report

5  to inform the Court of the status of his counsel's availability,

6  Dr. Franklin's examination of Petitioner, and any other pertinent

7  information.

8      IT IS SO ORDERED.

9

10 DATED:   __9/13/2011_____           _____

11                                       CLAUDIA WILKEN
                                         United States District Judge

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28