UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| Michael HILL,<br><br>    Petitioner,<br><br>                     v.<br><br>Michael MARTEL, Acting Warden of San Quentin State Prison,<br><br>    Respondent. | Case Number 4-94-cv-641-CW<br><br><u>DEATH-PENALTY CASE</u><br><br>ORDER DIRECTING FILING OF UPDATED STATUS REPORT BY PETITIONER |

    In its Order Regarding Competency Evaluations, dated April 21, 2011, the Court directed Petitioner's counsel that, if they elected to have Dr. Karen Franklin examine Petitioner, they were to file Dr. Franklin's evaluation and any additional evidence regarding Petitioner's competency within thirty days after Dr. Franklin's examination. (Doc. No. 312 at 8.) On September 21, 2011, Petitioner reported, "Based on the scheduling information provided by San Quentin, it appears that Dr. Franklin will have completed her interviews of Petitioner by November 3, 2011, and will prepare her report immediately thereafter." (Doc. No. 317 at 3.)

1  Good cause appearing therefor, within seven days of the
2 entry of the present order, Petitioner's counsel shall file an
3 updated status report to inform the Court whether Dr. Franklin
4 has completed her examination of Petitioner and to propose when
5 her report will be provided.
6  IT IS SO ORDERED.
7
8 DATED: __12/14/2011__   _____
9                         CLAUDIA WILKEN
                          United States District Judge