UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| Michael HILL,<br><br>    Petitioner,<br><br>                v.<br><br>Michael MARTEL, Acting Warden of San Quentin State Prison,<br><br>    Respondent. | Case Number 4-94-cv-641-CW<br><br>DEATH-PENALTY CASE<br><br>ORDER FINDING RESTORATION OF PETITIONER'S COMPETENCY |
|---|---|

    Proceedings in the present action have been stayed pending a determination of Petitioner's competency. (Doc. No. 278.) It is undisputed, and the Court found, that Petitioner was incompetent for a period of time. (Doc. No. 312 at 5.) It now appears to be undisputed, and the Court finds, that Petitioner's competency has been restored. (See Doc. No. 299 at 14; Doc. No. 322 at 9.)

    Accordingly, and good cause therefor appearing, the Court hereby lifts the stay of proceedings.

    At the time that the stay commenced, the parties were litigating in state court the discovery of alleged Brady and other materials. (See Doc. No. 254.) Accordingly, and good

cause appearing therefor, within thirty days of the entry of the present order, the parties shall file a joint case-management statement. The joint statement shall include a discussion of the status of discovery; a proposed schedule or schedules for the resumption of proceedings in the present action; and any other pertinent information.

IT IS SO ORDERED.

DATED: 1/6/2012

CLAUDIA WILKEN
United States District Judge