UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| Michael HILL, | Case Number 4-94-cv-641-CW |
| Petitioner, | <u>DEATH-PENALTY CASE</u> |
| v. | SCHEDULING ORDER |
| Michael MARTEL, Acting Warden of San Quentin State Prison, | |
| Respondent. | |

    The parties submitted a Joint Case Management Statement that contains a proposed schedule for the resumption of proceedings in this capital habeas action. (Doc. No. 324.) Good cause appearing therefor, the Court adopts the parties' jointly proposed schedule as follows.

(1) Within forty-five days from the entry of the present order, the parties shall complete a review of prosecution files.

(2) Within three days following the completion of the review of prosecution files, Petitioner shall file a status report with the Court.

(3) Within twenty-one days from the filing of the status report,

1 | Petitioner shall file any discovery motion or related
2 | pleading; Respondent shall respond to any such motion within
3 | thirty days after the motion is filed; Petitioner shall file
4 | any reply within fifteen days after the response is filed.
5 | (4) Within ninety days from either the entry of an order denying
6 | discovery or the conclusion of discovery, Petitioner shall
7 | file a motion for a stay pending the conclusion of
8 | exhaustion proceedings; Respondent shall respond to any such
9 | motion within thirty days after the motion is filed;
10 | Petitioner shall file any reply within fifteen days after
11 | the response is filed.
12 | IT IS SO ORDERED.

DATED: 2/24/2012

CLAUDIA WILKEN
United States District Judge