1

2

3

4

5

6

7

8                          UNITED STATES DISTRICT COURT

9                   FOR THE NORTHERN DISTRICT OF CALIFORNIA

10                              OAKLAND DIVISION

11

12   Michael HILL,                         Case Number 4-94-cv-641-CW

13          Petitioner,                     DEATH-PENALTY CASE

14                          v.              SCHEDULING ORDER

15   Michael MARTEL, Acting Warden of
     San Quentin State Prison,
16
            Respondent.
17

18        The parties submitted a Joint Case Management Statement that

19   contains a proposed schedule for the resumption of proceedings in

20   this capital habeas action.  (Doc. No. 324.)  Good cause

21   appearing therefor, the Court adopts the parties' jointly

22   proposed schedule as follows.

23   (1)  Within forty-five days from the entry of the present order,

24        the parties shall complete a review of prosecution files.

25   (2)  Within three days following the completion of the review of

26        prosecution files, Petitioner shall file a status report

27        with the Court.

28   (3)  Within twenty-one days from the filing of the status report,

1   Petitioner shall file any discovery motion or related

2   pleading; Respondent shall respond to any such motion within

3   thirty days after the motion is filed; Petitioner shall file

4   any reply within fifteen days after the response is filed.

5 (4)   Within ninety days from either the entry of an order denying

6   discovery or the conclusion of discovery, Petitioner shall

7   file a motion for a stay pending the conclusion of

8   exhaustion proceedings; Respondent shall respond to any such

9   motion within thirty days after the motion is filed;

10   Petitioner shall file any reply within fifteen days after

11   the response is filed.

12   IT IS SO ORDERED.

13

14 DATED:   ___2/24/2012___   _____

15                            CLAUDIA WILKEN
                              United States District Judge

16

17

18

19

20

21

22

23

24

25

26

27

28