UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL HILL,<br><br>    Petitioner,<br><br>                  v.<br><br>KEVIN CHAPPELL, Warden of<br>San Quentin State Prison,<br><br>    Respondent. | Case Number 4-94-cv-641-CW<br><br>DEATH-PENALTY CASE<br><br>ORDER REGARDING DISCOVERY |

    In the last order entered in this capital habeas action, the Court denied Petitioner's request for an evidentiary hearing regarding information Petitioner seeks from the Alameda County District Attorney and the Oakland Police Department. Doc. No. 336. The Court stated that "Petitioner may be able to obtain the information he seeks through informal means," and that "[i]f that fails, Petitioner may move to take depositions, serve interrogatories, or otherwise conduct discovery." Id. at 2.

    As directed, id., Petitioner has submitted a status report regarding this matter. (Doc. No. 337. It appears that Petitioner is dissatisfied with the response he has received from the District Attorney, and requests "further action by this

Court." Id. at 3; see id. at 7. In addition, Petitioner requests additional time to obtain information informally from the Oakland Police Department. Id.

To the extent that Petitioner is asking the Court to take "further action" at this time, the request is denied. Rather, as previously ordered, "Petitioner may move to take depositions, serve interrogatories, or otherwise conduct discovery." Doc. No. 336 at 2. The request for additional time to obtain information informally from the Oakland Police Department is granted. The Court directs the parties to file a subsequent status report regarding this matter within thirty days of the date of this order.

IT IS SO ORDERED.

DATED: 4/4/2013

CLAUDIA WILKEN
United States District Judge