UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL HILL, | Case Number 4-94-cv-641-CW |
| Petitioner, | <u>DEATH-PENALTY CASE</u> |
| v. | ORDER REGARDING DISCOVERY |
| KEVIN CHAPPELL, Warden of San Quentin State Prison, | |
| Respondent. | |

In the last order entered in this capital habeas action, the Court denied Petitioner's request for an evidentiary hearing regarding information Petitioner seeks from the Alameda County District Attorney and the Oakland Police Department.  Doc. No. 336.  The Court stated that "Petitioner may be able to obtain the information he seeks through informal means," and that "[i]f that fails, Petitioner may move to take depositions, serve interrogatories, or otherwise conduct discovery."  <u>Id.</u> at 2.

As directed, <u>id.</u>, Petitioner has submitted a status report regarding this matter.  (Doc. No. 337.  It appears that Petitioner is dissatisfied with the response he has received from the District Attorney, and requests "further action by this

1 | Court." Id. at 3; see id. at 7.  In addition, Petitioner
2 | requests additional time to obtain information informally from
3 | the Oakland Police Department.  Id.
4 |     To the extent that Petitioner is asking the Court to take
5 | "further action" at this time, the request is denied.  Rather, as
6 | previously ordered, "Petitioner may move to take depositions,
7 | serve interrogatories, or otherwise conduct discovery."  Doc. No.
8 | 336 at 2.  The request for additional time to obtain information
9 | informally from the Oakland Police Department is granted.  The
10 | Court directs the parties to file a subsequent status report
11 | regarding this matter within thirty days of the date of this
12 | order.
13 |     IT IS SO ORDERED.

15 | DATED:   4/4/2013
16 |                                  CLAUDIA WILKEN
                                      United States District Judge