UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| Michael HILL, | Case Number 4-94-cv-641-CW |
| Petitioner, | <u>DEATH-PENALTY CASE</u> |
| v. | ORDER GRANTING PETITIONER'S REQUEST REGARDING DISCOVERY |
| Kevin CHAPPELL, Warden of San Quentin State Prison, | |
| Respondent. | |

Petitioner, with input from Respondent, has filed a status report regarding discovery. (Doc. No. 339.) Petitioner reports that "the efforts by the Oakland Police Department and City Attorney to date show an attempt at good faith compliance" with the subpoena duces tecum. (<u>Id.</u> at 3.) Petitioner requests "that the Oakland Police Department be given up to 45 days of additional time to search for the files and records covered by the subpoena duces tecum in addition to the homicide file which has already been produced." (<u>Id.</u> at 3-4.)

Petitioner's request is granted. The Court directs the parties to file a subsequent status report regarding this matter

1 | within forty-five days of the date of this order.
2 |     IT IS SO ORDERED.
3 |
4 | DATED: 5/10/2013
5 | CLAUDIA WILKEN
    United States District Judge