1
2
3
4
5
6
7
8                    UNITED STATES DISTRICT COURT

9                   NORTHERN DISTRICT OF CALIFORNIA

10                         OAKLAND DIVISION

11

12   Michael HILL,                    Case Number 4-94-cv-641-CW

13          Petitioner,               DEATH-PENALTY CASE

14                         v.          ORDER GRANTING PETITIONER'S
                                       REQUEST REGARDING DISCOVERY
15   Kevin CHAPPELL, Warden of
     San Quentin State Prison,
16
            Respondent.
17

18       Petitioner, with input from Respondent, has filed a status

19   report regarding discovery.  (Doc. No. 339.)  Petitioner reports

20   that "the efforts by the Oakland Police Department and City

21   Attorney to date show an attempt at good faith compliance" with

22   the subpoena duces tecum.  (Id. at 3.)  Petitioner requests "that

23   the Oakland Police Department be given up to 45 days of

24   additional time to search for the files and records covered by

25   the subpoena duces tecum in addition to the homicide file which

26   has already been produced."  (Id. at 3-4.)

27       Petitioner's request is granted.  The Court directs the

28   parties to file a subsequent status report regarding this matter

within forty-five days of the date of this order.

    IT IS SO ORDERED.


DATED:    5/10/2013

CLAUDIA WILKEN
United States District Judge