IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL HILL,<br><br>    Petitioner,<br><br>  v.<br><br>KEVIN CHAPPELL, Warden of San Quentin Prison,<br><br>    Respondent.<br>_____/ | No. C 94-00641 CW<br><br>DEATH PENALTY CASE<br><br>SCHEDULING ORDER |

On May 10, 2013, the Court entered an order granting Petitioner's request that the Oakland Police Department be given up to 45 days of additional time to search for files and records covered by the subpoena duces tecum seeking files and records pertinent to witnesses against Petitioner in the underlying California capital case.  Petitioner now seeks "an additional 30 days to meet with the City Attorney in Oakland, and with the custodian, Oakland Police Department, to address whether a record search for the Court ordered files and records can possibly be done based on witness names and approximate dates of events."  Docket No. 341 at 3-4.

Petitioner's request is granted.  The Court directs the parties to file a further status report regarding this matter within forty-five days of the date of this order.

IT IS SO ORDERED.

Dated: 7/3/2013

CLAUDIA WILKEN
United States District Judge