UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| Michael HILL,<br><br>          Petitioner,<br><br>                              v.<br><br>Kevin CHAPPELL, Warden of<br>San Quentin State Prison,<br><br>          Respondent. | Case Number 4-94-cv-641-CW<br><br><u>DEATH-PENALTY CASE</u><br><br>ORDER |

     Pursuant to the Court's Scheduling Order of October 29, 2013, Petitioner's status report was due on December 30, 2013. No status report has been filed.  Petitioner is directed to file a status report no later than March 10, 2014.


     IT IS SO ORDERED.


DATED:    2/25/2014
          _____          _____
                                       CLAUDIA WILKEN
                                       United States District Judge