UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| MICHAEL HILL, | Case Number 4-94-cv-641-CW |
|---|---|
| Petitioner, | <u>DEATH-PENALTY CASE</u> |
| v. | SCHEDULING ORDER |
| KEVIN CHAPPELL, Warden of San Quentin State Prison, | |
| Respondent. | |

On October 29, 2013, the Court entered an order granting Petitioner's request that the Oakland Police Department be given an additional sixty days to search for files and records covered by the subpoena duces tecum seeking files and records pertinent to witnesses against Petitioner in the underlying California capital case. In a status report filed on February 28, 2014, Petitioner states that the Oakland Police Department has not yet provided all of the requested records due to ongoing problems with their microfiche machine. He states that the Police Department generally has made only "casual and occasional" efforts to comply with the subpoena, but a response now appears

1 | to be in progress.  (ECF Doc. 349 at 3-4.)  Petitioner seeks to
2 | allow the Oakland Police Department an additional thirty days to
3 | comply with the subpoena.
4 |     Petitioner's request for an extension is granted.  The Court
5 | directs Petitioner to file a further status report regarding this
6 | matter within thirty-five days of this order.

9 |     IT IS SO ORDERED.

11 | DATED:  3/5/2014
12 |                         CLAUDIA WILKEN
                        United States District Judge