UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| Michael HILL, | Case Number 4-94-cv-641-CW |
|---|---|
| Petitioner, | <u>DEATH-PENALTY CASE</u> |
| v. | SCHEDULING ORDER |
| Kevin CHAPPELL, Warden of San Quentin State Prison, | |
| Respondent. | |

On March 5, 2014, the Court entered an order directing Petitioner to submit a report outlining the status of discovery proceedings. The Court had previously granted the Oakland Police Department additional time to search for files and records covered by the subpoena duces tecum seeking files and records pertinent to witnesses against Petitioner in the underlying California capital case. In a status report filed on May 16, 2014, Petitioner states that the Oakland Police Department has provided records relating to six of eight witnesses at Petitioner's trial. The records of two witnesses, Arthur Allen and Ranee Bennett, were not provided. Due to his engagement in a

1 | federal capital habeas trial in Hawaii, Petitioner's counsel
2 | seeks an extension of time until the end of July 2014 to "address
3 | the specifics of the arrest records of Ms. Bennett and Ms. Allen"
4 | and to complete discovery proceedings. (ECF Doc. No. 351 at 3.)
5 |     Petitioner's request for an extension is granted.  The Court
6 | directs Petitioner to file a further status report regarding this
7 | matter by August 8, 2014.
8 |
9 |     IT IS SO ORDERED.
10 |
11 | DATED:   5/23/2014
12 |                                  CLAUDIA WILKEN
                                 United States District Judge