UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| Michael HILL,<br><br>    Petitioner,<br><br>                      v.<br><br>Kevin CHAPPELL, Warden of<br>San Quentin State Prison,<br><br>    Respondent. | Case Number 4-94-cv-641-CW<br><br>DEATH-PENALTY CASE<br><br>ORDER ON DISCOVERY ISSUE |

    On August 11, 2014, Petitioner filed a status report outlining the status of discovery proceedings. Petitioner has been seeking to obtain files and records covered by a subpoena duces tecum pertinent to witnesses who had testified against him in his underlying California capital case.  In his status report, Petitioner states that, while the Oakland Police Department has provided twenty-four of twenty-six reports pertinent to eight lay witnesses against him, the Alameda County District Attorney's Office has not provided any further records pertinent to jailhouse informant Arthur Allen.  He suggest a brief hearing before a magistrate judge to address the remaining matters.

1 | In lieu of referring the matter to a magistrate judge, the
2 | Court directs the interested parties to meet and confer in good
3 | faith regarding any outstanding discovery matters within twenty-
4 | eight days of the date of this Order.  If the dispute is not
5 | resolved, Petitioner may file a motion for discovery within
6 | fourteen days thereafter.
7 | IT IS SO ORDERED.
8 |
9 | DATED:     8/29/2014
10 |                                      CLAUDIA WILKEN
                                          United States District Judge