IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| MICHAEL HILL,<br><br>        Petitioner,<br><br>    v.<br><br>VINCENT CULLEN, Acting Warden of San Quentin Prison,<br><br>        Respondent. | **CAPITAL CASE NO. C-94-0641 VC**<br><br>**ORDER THAT MOTION OF PETITIONER'S ATTORNEY JOHN PHILIPSBORN TO WITHDRAW AS COUNSEL OF RECORD, ALONG WITH THE SUPPORTING DECLARATION, SHALL BE SEALED**<br><br>**Dept.: Judge Vince Chhabria**<br>       **District Judge** |

GOOD CAUSE APPEARING, on application of counsel John T. Philipsborn, IT IS ORDERED that Mr. Philipsborn's Motion to Withdraw as Counsel for Petitioner shall be sealed, together with the declaration supporting it, until further order of this Court. The Court is informed that counsel for Respondent will receive a copy of the motion to withdraw, together with the declaration addressed in this Order.

SO ORDERED.

Dated: February 2, 2015

THE HONORABLE VINCE CHHABRIA
DISTRICT JUDGE
NORTHERN DISTRICT OF CALIFORNIA

**ORDER THAT MOTION OF PETITIONER'S ATTORNEY JOHN PHILIPSBORN TO WITHDRAW AS COUNSEL OF RECORD, ALONG WITH THE SUPPORTING DECLARATION, SHALL BE SEALED**     1