UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| Michael HILL,<br>　　　　　　Petitioner,<br>　　v.<br>Ron DAVIS, Warden of<br>San Quentin State Prison,<br>　　　　　　Respondent. | Case Number 3-94-cv-641-VC<br><br>DEATH-PENALTY CASE<br><br>SCHEDULING ORDER |

The Court has reviewed the parties' Joint Case Status Report filed on January 29, 2016 and directs the parties as follows:

1) Within 60 days of the date of this Order, petitioner shall file a motion to amend his petition to include any new claims arising from discovery proceedings. Petitioner shall discuss whether his original and amended petitions state claims that are tied to a common core of operative facts. *See Mayle v. Felix*, 545 U.S. 644, 664 (2005).

2) Within 45 days of the date of service of petitioner's brief, respondent shall file an opposition.

3) Within 30 days of the date of service of respondent's opposition, petitioner shall file a reply.

IT IS SO ORDERED.

DATED: February 12, 2016　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　Vince Chhabria
　　　　　　　　　　　　　　　　　　　　United States District Judge

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28